1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   LUIS ALFREDO LEON MEJIA,                  Case No.:  25-CV-3735 JLS (BLM)

12                              Petitioner,
                                              **ORDER REFERRING PETITION**
13   v.                                       **TO FEDERAL DEFENDERS FOR**
                                              **EVALUATION REGARDING**
14   Warden, Otay Mesa Detention Center,      **APPOINTMENT OF COUNSEL**

15                              Respondent.
                                              (ECF No. 1)
16

17

18          Presently before the Court is Petitioner Luis Alfredo Leon Mejia's Petition for Writ

19   of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  Petitioner alleges

20   that he has been detained by the United States Department of Homeland Security's

21   Immigration and Customs Enforcement division at the Otay Mesa Detention Center since

22   October 8, 2025. Pet. at 1.  Petitioner alleges that he has a valid Employment Authorization

23   Document and Social Security Number and is held in violation of the Due Process Clause

24   of the Fifth Amendment.  *Id.*

25   Accordingly, the Court **ORDERS** as follows:

26          (1)    The Court **REFERS** this Petition to Federal Defenders for an evaluation of

27   whether appointment of counsel would be beneficial to Petitioner.  The Court requests that

28

1

Federal Defenders make its evaluation and file a status report or appropriate motion by January 16, 2026.

(2)    The Clerk of the Court **SHALL SERVE** a copy of this Order and the Petition on the Federal Defenders of San Diego, Inc.

(3)    To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside of the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED.**

Dated:  December 24, 2025

Hon. Janis L. Sammartino
United States District Judge

25-CV-3735 JLS (BLM)